No. 93–960. MAYCO OIL & CHEMICAL CO. ET AL. *v.* TRANS-TECH INDUSTRIES, INC., ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 93–1383. ILLINOIS *v.* PERKINS. App. Ct. Ill., 5th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–1490. RENT STABILIZATION ASSOCIATION OF NEW YORK CITY, INC., ET AL. *v.* HIGGINS ET AL. Ct. App. N. Y. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 93–1674. TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK ET AL. *v.* KARIBIAN ET AL. C. A. 2d Cir. Motions of Chamber of Commerce of the United States of America, Commission on Independent Colleges and Universities, and Equal Employment Advisory Council et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 93–5944. MULLET *v.* ARIZONA. Ct. App. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 93–8855. KING *v.* BOONE, WARDEN, ET AL. C. A. 10th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.